VALENTINE *v.* MAXWELL, WARDEN.

(No. 39244—Decided May 5, 1965.)

Mr. *James Valentine, in propria persona.*
Mr. *William B. Saxbe,* attorney general, and Mr. *William C. Baird,* for respondent.

*Per Curiam.* The issues raised by petitioner are not cognizable in habeas corpus but must be raised by means of the statutory post-conviction remedy of appeal. *Walker* v. *Maxwell, Warden,* 1 Ohio St 2d 136.

*Petitioner remanded to custody.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.